**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-2540**

─────────────

PYLORD P. DOE, M.D.

                                        Plaintiff - Appellant,

        versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

                                        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
153-AMD)

─────────────

Submitted: January 30, 1998          Decided: March 24, 1998

─────────────

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Pylord P. Doe, Appellant Pro Se. Allen F. Loucks, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's grant of summary judgment to Donna Shalala, Secretary of the Department of Health and Human Services, on his Title VII claims. The district court found that Appellant cannot avail himself of Title VII's protections because he was not a government employee or an applicant for employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Appellee's motion to strike exhibits attached to Appellant's brief to the extent that they were not part of the record below, deny Appellant's motion not to strike, and affirm on the reasoning of the district court. <u>Doe v. Shalala</u>, No. CA-95-153-AMD (D. Md. Aug. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>